IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:06cr75DPJJCS-002

WILBERT NEWELL

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against **WILBERT NEWELL** without prejudice.

DUNN LAMPTON
United States Attorney

By: *[signature]*
GREGORY L. KENNEDY
Assistant U.S. Attorney
MS Bar No. 9389

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 30th day of January, 2007.

*[signature]*
UNITED STATES DISTRICT JUDGE